IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOM WADHWA, M.D. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ERIC K. SHINSEKI, SECRETARY, | : | |
| DEPARTMENT OF VETERANS | : | |
| AFFAIRS | : | NO. 10-5094 |

<u>ORDER</u>

AND NOW, this 7th day of May, 2012, upon consideration of the defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment (Docket No. 38), the plaintiff's response thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the motion is GRANTED.  The complaint is DISMISSED WITH PREJUDICE.  This case is closed.

BY THE COURT:

<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.